Your Honor,

I deeply apologize for my actions. There are no words to express how remorseful I feel. I know the impact to the victims is devastating, and the impact to their mental and emotional health and their future relationships.

My actions to satisfy my own deviant behavior were totally reprehensible. I know I have disgraced my family and community.

I was at a low point in my life and I went back to my old behaviors. I should have seeked help and I didn't.

I would like to be in intensive treatment that holds me accountable for my past and future actions.

Sincerly,

Michael Baxter

Your Honor,

I deeply apologize for my actions. There are no words to express how remorseful I feel. I know the impact to the victims is devastating, and the impact to their mental and emotional health and their future relationships.

My actions to satisfy my own deviant behaviors were totally reprehensible. I know I have disgraced my family and community.

I was at a low point in my life and I went back to my old behaviors. I should have seeked help and I didn't.

I would like to be in intensive treatment that holds me accountable for my past and future actions.

Sincerely,

Michael Baxter